UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __22mj04172 Goodman__

UNITED STATES OF AMERICA

vs.

ALEE ANTONIO MARTINEZ,

　　　Defendant.
_____/

FILED BY____dgj____D.C.

Dec 22, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  _X_No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  __Yes  _X_No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Alexander Comolli*
ALEXANDRA D. COMOLLI
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502803
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9040
Fax (305) 530-7976
Alexandra.Comolli@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22mj04172 Goodman |
| ALEE ANTONIO MARTINEZ, | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 14, 2022  in the county of  Miami-Dade  in the Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1704 | Keys or locks stolen or reproduced; |
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Postal Inspector Daniel Borja
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  FaceTime

_____
Judge's signature

Date: 12/22/2022

City and state:  Miami, Florida    Honorable Jonathan Goodman, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Daniel Borja, being first duly sworn, hereby depose and state as follows:

1. I am employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since June of 2012. I am currently assigned to the Miami Division of the USPIS, specifically to the Robberies Team. I am assigned to investigate the unlawful transportation of contraband, including controlled substances, through the U.S. Mail and investigate the assault and robberies of U.S. Postal Service (USPS) employees.

2. I am an "investigative or law enforcement officer," within the meaning of 18 U.S.C. § 2510(7), empowered by law to conduct investigations and to make arrests for crimes furthered through the use of the U.S. Mail, for crimes connected to the USPS and USPS property, and for other postal offenses as set forth in 18 U.S.C. § 3061, as well as violations of Title 21 of the United States Code, the Controlled Substances Act.

3. This affidavit is submitted in support of a criminal complaint to establish probable cause that on or about December 14, 2022, Alee Antonio Martinez (MARTINEZ), did knowingly and willfully rob a USPS letter carrier while engaged in her official duties for a USPS arrow key[1], in violation of Title 18, United States Code, Section 111(a)(1) (Assault, Resisting, or Impeding a Federal Employee), and Title 18, United States Code, Section 1704 (Robbery of a USPS key.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and tipsters. This affidavit

---

[1] USPS uses a universal key, known as an arrow key, to access collection boxes, outdoor parcel lockers, cluster box units, and apartment panels. Supervisors assign these keys – generally one per route – to letter carriers for use on delivery and collection routes each day. Carriers and collectors must always keep arrow keys secured and attached to their belts or clothing by a chain while on duty and return them at the end of each day.

contains only that information necessary to support probable cause for the applied for criminal complaint. It is not intended to include each and every fact and matter observed by me or known to the Government regarding the investigation.

## **PROBABLE CAUSE**

1. On December 14, 2022, USPIS Miami Division Postal Inspectors were notified of an armed robbery of a USPS letter carrier at or around 3318 Oak Avenue, Coconut Grove, Florida 33133. Postal Inspectors arrived on scene and interviewed the letter carrier. The letter carrier identified the suspect as being a Hispanic male with tan skin, approximately 6'0", 25-26 years old, lots of curly hair, slim build, wearing a black t-shirt with white lettering reading "Key Club", black skinny jeans, and black sneakers. The letter carrier stated that, while delivering mail at 3318 Oak Avenue, Coconut Grove, Florida 33133, the suspect paced back and forth near her while he was on the phone. The suspect then approached the letter carrier and asked to use her phone. Once the suspect returned the letter carrier's phone, the suspect brandished what appeared to the letter carrier to be a black pistol and said, "nothing's going to happen, just give me the key." The letter carrier immediately gave the suspect the USPS arrow key and the suspect fled on foot west on Oak Avenue.

2. Upon arrival, local law enforcement and Postal Inspectors immediately began canvassing the area and were ultimately able to retrieve residential video surveillance that captured an individual matching the letter carrier's description near the USPS truck at the time of the robbery.

3. On December 16, 2022, the letter carrier met with a Miami Dade Police Department (MDPD) sketch artist to assist in providing information for a rendering of the suspect's face.

4. On December 19, 2022, USPIS released a reward poster to the media, delivered it to mailboxes in the vicinity of the incident, and handed it out to residents in the area. The reward poster included the sketch rendering of the suspect and two surveillance photos that law enforcement obtained from the residential video cameras. On the poster, USPIS offered a $50,000 reward for information leading to the arrest and conviction of the suspect responsible for the robbery described above. USPIS also released a video clip of the suspect from the surveillance cameras to the media.

5. On or about December 20, 2022, Postal Inspectors received a tip from Tipster 1, an employee of a convenience store in the area where the robbery occurred. Tipster 1 one indicated that he was familiar with the person in the photos distributed to the media, based on the fact that the suspect frequented Tipster 1's convenience store, and knew him as "Alee Martinez." According to Tipster 1, he saw MARTINEZ at his convenience store at around 1:15 am that day. Postal Inspectors viewed surveillance video from Tipster 1's convenience store and the person seen in the video matched the suspect in the residential surveillance videos that captured the suspect near the robbery.

6. On or about December 20, 2022 Postal Inspectors received a tip from Tipster 2. Tipster 2 stated that the person on the reward poster was MARTINEZ, who he had met through mutual friends. Tipster 2 stated MARTINEZ had previously asked him to drive him around the Kendall and Coconut Grove areas to look for a letter carrier to rob. MARTINEZ wanted Tipster 2 to serve as the getaway driver, but Tipster 2 declined MARTINEZ's offer. After the December 14, 2022 robbery, Tipster 2 said he received a call from MARTINEZ, who described details of the incident not known to the public, to include MARTINEZ's ruse asking to use the letter carrier's

phone. Tipster 2 indicated that MARTINEZ knew law enforcement was looking for him, so he had shaved his curly hair to disguise his appearance.

7. On the night of December 20, 2022 Tipster 1, the convenience store employee, called law enforcement again to advise that he had seen MARTINEZ at his convenience store again, but this time his head was shaven and he was with his girlfriend. That night, according to Tipster 1, MARTINEZ and his girlfriend left in a silver Honda Civic with a license plate that had a pink plastic border around it.

8. On December 21, 2022, Postal Inspectors surveilled MARTINEZ's residence, listed on his Florida Driver's license records as 3825 Washington Ave Miami, Florida 33133. Postal Inspectors observed a silver Honda Civic with a license plate that had a pink plastic border around it parked at the residence.

9. On December 21, 2022, Postal Inspectors presented a photo lineup to the victim letter carrier and she positively identified MARTINEZ as the person who robbed her at gun point for the USPS arrow key. The same day, Postal Inspectors also presented a photo lineup to Tipster 2, who positively identified MARTINEZ.

10. City of Miami Police detectives interviewed managers at the Key Club, a restaurant in Coconut Grove, and the name identified by the victim letter carrier as appearing on MARTINEZ's shirt. The Key Club managers confirmed MARTINEZ was a former employee.

11. On the evening of December 21, 2022, Postal Inspectors and City of Miami Police Department Officers arrested MARTINEZ based on probable cause to believe that he robbed the letter carrier on December 14, 2022. In a recorded post-*Miranda* interview, MARTINEZ provided a statement. MARTINEZ stated that he robbed the letter carrier on December 14, 2022 for the USPS arrow key. MARTINEZ stated that he saw the letter carrier on Oak Avenue, asked to use

her phone, gave the phone back, then took out an Airsoft gun, and told the letter carrier "give me the key, nothing's going to happen." He then fled. Of note, Tipster 2 had previously stated to Postal Inspectors that MARTINEZ had used an Airsoft gun.

## CONCLUSION

5. Based on the facts outlined above, I respectfully submit that there is probable cause to believe that MARTINEZ did knowingly and willfully rob a United States Postal Service (USPS) letter carrier at gunpoint for a USPS arrow key, in violation of Title 18, United States Code, Sections 111(a) and 1704.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Daniel Borja, Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
Face Time this 22nd day of December 2022.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22mj04172 Goodman

### BOND RECOMMENDATION

DEFENDANT: Alee Antonio Martinez

$150,000 PSB; $100,000 10% bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Alexander Comolli*
AUSA: Alexandra D. Comolli

Last Known Address: ▮▮▮▮▮▮▮▮▮▮

What Facility:

Agent(s): Daniel Borja
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. Postal Inspection Service